UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BROADCAST MUSIC, INC., et al.,

    Plaintiffs,

v.

    Case No. 1:12-cv-261

    HON. JANET T. NEFF

COOCHEEZ, LLC, et al.,

    Defendants.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed August 15, 2012 by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served and no objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge (Dkt 20) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiffs' Motion for Default Judgment (Dkt 14) is GRANTED for the reasons stated in the Report and Recommendation.

A Default Judgment consistent with this Order will issue.


Dated:  September 4, 2012            /s/Janet T. Neff
                                                JANET T. NEFF
                                                UNITED STATES DISTRICT JUDGE